JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON, LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com
*Attorney for Michael Anthony Miller, Jr.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:24-CR-00013-GMN-DJA |
| Plaintiff, | |
| vs. | **MOTION TO WITHDRAW AS COUNSEL AND NOTICE OF REQUEST TO BE REMOVED FROM CM/ECF E-NOTICE LIST** |
| MICHAEL ANTHONY MILLER, JR., | |
| Defendant. | |

Certification: This motion is timely filed.

COMES NOW, James A. Oronoz, Esq., CJA appointed attorney for the Defendant, MICHAEL ANTHONY MILLER, JR. and moves this Court to enter an Order allowing him to withdraw as counsel and be removed from CM/ECF E-Notice list.

/ / /

/ / /

1

## MEMORANDUM OF POINTS AND AUTHORITIES

Per the District of Nevada Local Rules of Practice 11-6(b),

If an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel.

Mr. Miller was sentenced by the Court on February 4, 2026. Counsel has completed his representation of Mr. Miller in this matter. Pursuant to LR-11-6(b), Counsel thus respectfully moves to withdraw as counsel in this matter and be removed from CM/ECF E-Notice list.

DATED this 6th day of February 2026.

Respectfully submitted,

By:  */s/ James Oronoz*
James A. Oronoz, Esq.
ORONOZ & ERICSSON, LLC
9900 Covington Cross Dr., Ste. 290
Las Vegas, Nevada 89144
*Attorney for Michael Anthony Miller, Jr.*

## ORDER

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel, (ECF No. 67), is **GRANTED**.

**IT IS FURTHER ORDERED** that James A. Oronoz shall be removed from the CM/ECF E-Notice list.

**DATED** this __10__ day of February, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

2

## **CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on the 6th day of February, 2026, I did serve a true and correct copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL AND NOTICE OF REQUEST TO BE REMOVED FROM CM/ECF E-NOTICE LIST** by electronically serving parties using the U.S. District Court CM/EMF Electronic Filing to:

SIGAL CHATTAH
Interim United States Attorney, District of Nevada
LAUREN IBANEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101

> */s/ Angela Mora*
> Employee of Oronoz & Ericsson, LLC

## **CERTIFICATE OF MAILING**

I hereby certify that on the 6th day of February, 2026, a copy of this

**MOTION TO WITHDRAW AS COUNSEL AND NOTICE OF REQUEST**

**TO BE REMOVED FROM CM/ECF E-NOTICE LIST** was mailed to:

Michael Miller
807 Weaver Drive
Las Vegas, Nevada89106

> */s/ Angela Mora*
> Employee of Oronoz & Ericsson, LLC

4